IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Joseph Charles Thompson, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 2:04-23298 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Allstate Indemnity Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The court has reviewed defendant Allstate Indemnity Company's Motion for Summary Judgment and plaintiff Joseph Charles Thompson's memorandum in opposition. This action's consent amended scheduling order, signed July 12, 2005, requires dispositive motions to be filed by October 31, 2005. Defendant's motion was filed February 28, 2006, and does not provide grounds for modification of the scheduling order. As such, the February 28, 2006 motion is untimely.

It is therefore **ORDERED** that defendant's Motion for Summary Judgment is **DENIED**.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**April 10, 2006**
**Charleston, South Carolina**