IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Joseph Charles Thompson, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 2:04-23298 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Allstate Indemnity Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the parties' request, this court's April 10, 2006 order denying defendant's motion for summary judgment is hereby **VACATED**.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**May 2, 2006**
**Charleston, South Carolina**